**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER CAMP,<br><br>        Plaintiff,<br><br>        v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:25-cv-06199-AMO<br><br>**[PROPOSED]    ORDER EXTENDING DEADLINE TO FILE INITIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

On May 4, 2026, the parties in this case submitted a joint request to extend the deadline by which they will submit the initial proposed findings of fact and conclusions of law. As explained in the parties' request, the deadlines in this case will be affected as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Initial proposed findings of fact and conclusions of law | May 4, 2026 | May 18, 2026 |

Having considered the parties' submission, and good cause appearing, the Court **GRANTS** the joint extension request. The initial proposed findings of fact and conclusions of law shall be filed on or before **May 18, 2026**. The remainder of the deadlines and requirements from the Court's original scheduling order in this matter (ECF No. 24) remain unchanged.

**IT IS SO ORDERED.**

Dated: _____7/2/2026_____



ARAC_____GUÍN

United_____

Judge Araceli Martínez-Olguín