Nick A. Ortiz (Cal. Bar No. 217489)
nick@ortizlawfirm.com
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
Attorney for Plaintiff

Kevin Leddy (Cal. Bar No. 343161)
kevin.leddy@mhllp.com
MCDOWELL HETHERINGTON LLP
1999 Harrison Street, Ste. 2050
Oakland, CA 94612
Telephone: (510)628-2145
Facsimile: (510)628-2146
Attorney for Defendant

Wendy L. Furman (Fla. Bar No. 0085146)
wendy.furman@mhllp.com
Admitted *Pro Hac Vice*
MCDOWELL HETHERINGTON LLP
2385 N.W. Executive Center Dr., Ste. 400
Boca Raton, FL 33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER CAMP,<br><br>          Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br><br><br>          Defendant. | Case No.: 4:25-cv-06199-AMO<br><br>**STIPULATED MOTION FOR FRCP 52 MOTION HEARING TO BE HELD BY ZOOM; PROPOSED ORDER**<br><br>Hearing Date:<br>Date:  July 30, 2026<br>Time:  2:00 p.m.<br>Ctrm:  TBD - 1301 Clay St, Oakland CA |

STIPULATED MOTION FOR FRCP 52 MOTION HEARING TO BE HELD BY ZOOM

1                                                        4:25-cv-06199-AMO

The parties, Plaintiff CHRISTOPHER CAMP ("Plaintiff") and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ("Defendant"), by and through their undersigned counsel, respectfully stipulate and request that the hearing on the parties' motions pursuant to Federal Rule of Civil Procedure 52 (ECF Nos. 26 & 28), currently set for July 30, 2026, at 2:00 p.m., be conducted via Zoom video conference.

Good cause exists to grant the request.  Mr. Ortiz is Plaintiff's lead counsel in this case. He works and resides in Northwest Florida.  Permitting the parties to appear remotely at the case management conference will save Mr. Ortiz two full days of travel to and from Oakland, resulting in a substantial savings of time and expense.  On May 18, 2026, Mr. Ortiz informed Defendant's counsel, Kevin Leddy, of his intent to request to appear at the motion hearing remotely.  Mr. Leddy indicated he has no objection, and also requests that the motion hearing be held in its entirety by Zoom for efficiency of all parties involved.

Thus, in the interest of economy and efficiency, the parties respectfully request that the hearing on the parties' motions pursuant to Federal Rule of Civil Procedure 52 scheduled for July 30, 2026, be held by Zoom video conference.

Dated: 7/2/26                                   /s/ *Nick A. Ortiz*
                                                             Nick A. Ortiz
                                                             Counsel for Plaintiff


Dated: 7/2/26                                   /s/ *Kevin Leddy*
                                                             Kevin Leddy
                                                             Counsel for Defendant

STIPULATED MOTION FOR FRCP 52 MOTION HEARING TO BE HELD BY ZOOM
                                        2                                      4:25-cv-06199-AMO

**Filer's Attestation:** Pursuant to L.R. 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

[~~PROPOSED~~] ORDER

The above STIPULATED MOTION FOR THE HEARING ON THE PARTIES' MOTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 52 TO BE HELD BY ZOOM is GRANTED. [~~In addition, the Court makes the further orders stated below:~~]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/7/2026

Araceli Mar
UNITED ST

APPROVED
Judge Araceli Martínez-Olguín

STIPULATED MOTION FOR FRCP 52 MOTION HEARING TO BE HELD BY ZOOM

3                                                          4:25-cv-06199-AMO